

MARK A. BECKMAN
MBECKMAN@GRSM.COM
DIRECT DIAL: (212) 453-0724

**GORDON&REES**
**SCULLY MANSUKHANI**
YOUR 50 STATE PARTNER™

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

February 18, 2022

**VIA ECF**
The Honorable John F. Keenan
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street Square
New York, NY 10007

Re: *Indemnity Insurance Company of North America, v. MSC Mediterranean Shipping Company, S.A.*
Case no.: 22-cv-00762

Dear Judge Keenan:

We were recently retained to represent defendant MSC Mediterranean Shipping Company, S.A. ("MSC") in the above-referenced action and write with consent of plaintiff. Pursuant to Section 1.E. of the Court's Practices, we respectfully request a 15-day extension of MSC's time to answer, move, or otherwise respond to the Complaint. This is the first such request by MSC and as noted above, is made with plaintiff's consent.

Accordingly, we respectfully request the Court extend MSC's time to answer, move, or otherwise respond to the Complaint from February 23, 2022 to March 10, 2022.

We appreciate the Court's attention to this matter.

Respectfully submitted,

Mark A. Beckman

In light of the parties' agreement, the Defendant's extension request is approved. Accordingly, the Defendant has until March 10, 2022, to answer, move, or otherwise respond to the Plaintiff's Complaint.

**SO ORDERED.**

Dated: New York, New York
February 23, 2022

John F. Keenan
United States District Judge